PRIMO, Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May

12, 1915.) Action by Fannie A. Primo against the United States Casualty Company.

PER CURIAM. Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

KRUSE, P. J., and FOOTE, J., dissent, upon the ground that the limitation of the defendant's liability to the insured as to collision with a conveyance applies only to the case of a hired chauffeur.